# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**RAYMOND BILLY TRUJILLO,**

    **Plaintiff,**

vs.                                                                                                                              No. 14-cv-0879 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS

    THIS MATTER is before the Court on Plaintiff's Motion . . . to Proceed in Forma Pauperis and Directing Service [Doc. 4], filed on September 30, 2014. Plaintiff requests that he be permitted to proceed in accordance with 28 U.S.C. § 1915. [Doc. 4]. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

    **IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion . . . to Proceed in Forma Pauperis . . . [Doc. 4] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

    **IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration, in accordance with Fed. R. Civ. P. 4(c)(3).

    **IT IS SO ORDERED.**

                                                                                    _____
                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**