IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RAYMOND BILLY TRUJILLO,**

    Plaintiff,

        No. CV 14-879-SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

    Defendant.

## STIPULATED ORDER AWARDING ATTORNEY FEES & COSTS UNDER EQUAL ACCESS TO JUSTICE ACT (EAJA)

THIS MATTER having come before the Court upon Plaintiff's Stipulated Motion for Attorney Fees Under Equal Access to Justice Act (Doc. # 29), the Court FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that attorney fees be, and hereby are, awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), payable to Plaintiff in care of his attorney in the amount of $2,162.00.  *See* Astrue v. Ratliff, 130 U.S. 2521 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to Weakley v. Bowen, 803 F.2d 575, 580 (10th Cir. 1986).

DATED this __22d__ day of October 2015.

                                                The Honorable Stephan M. Vidmar
                                                  United States Magistrate Judge

SUBMITTED BY:

*s/ Feliz M. Martone*
Feliz M. Martone
Attorney for Plaintiff

*Email approval 10/22/15 by Lars J. Nelson Assistant Regional Counsel on behalf of OGC*
Sarah Berry
Attorney for Defendant